Maria Del Carmen PENA; Consuelo Hernandez; Leticia Suarez; Rosemary Dail; Wendell T. Morris, Plaintiffs-Appellees,

v.

TAYLOR FARMS PACIFIC, INC., DBA Taylor Farms, Defendant-Appellant,

and

Abel Mendoza, Inc.; Manpower, Inc.; Quality Farm Labor, Inc.; Slingshot Connections LLC, Defendants.

Maria Del Carmen Pena; Consuelo Hernandez; Leticia Suarez; Rosemary Dail; Wendell T. Morris, Plaintiffs-Appellees,

v.

Abel Mendoza, Inc., Defendant-Appellant,

and

Taylor Farms Pacific, Inc., DBA Taylor Farms; Manpower, Inc.; Quality Farm Labor, Inc.; Slingshot Connections LLC, Defendants.

No. 15-15965, No. 15-15966

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 19, 2017 San Francisco, California

Filed May 03, 2017

Patricia Kay Oliver, Kitty Szeto, Attorney, Alexander R. Wheeler, Attorney, John M. Bickford, Parris Law Firm, Lancaster, CA, for Plaintiffs-Appellees Maria Del Carmen Pena, Leticia Suarez, Rosemary Dail

Patricia Kay Oliver, Kitty Szeto, Attorney, Alexander R. Wheeler, Attorney, Parris Law Firm, Lancaster, CA, for Plaintiff-Appellee Wendell T. Morris

Jesse A. Cripps, Jr., Attorney, Gibson Dunn & Crutcher LLP, Los Angeles, CA, Sarah Zenewicz, Joseph Craig Hansen, Gibson, Dunn & Crutcher LLP, San Francisco, CA, for Defendant-Appellant

Wade Michael Hansard, Esquire, McCormick Barstow Sheppard Wayte & Carruth, Fresno, CA, for Defendant

Before: THOMAS, Chief Judge, and FERNANDEZ and MURGUIA, Circuit Judges.

## MEMORANDUM [*]

Taylor Farms Pacific, Inc. ("TFP") and Abel Mendoza, Inc. ("AMI") appeal the district court's order [1] which granted class certification to a class comprised of current and former employees who allegedly did not receive the meal breaks required by California law while working at TFP's produce and food processing facilities in Tracy, California.[2] The representative members of the certified classes are Maria Del Carmen Pena, Consuelo Hernandez, and Wendell T. Morris.[3] We affirm.

For the reasons set forth in its order,[4] we affirm the district court's grant of "[c]ertification of the mixed hourly worker subclass ... as to meal break claims," and its "[c]ertification of the waiting time subclass ... [to the extent it] is derivative of the mixed hourly workers subclass."[5] We express no opinion about the district court's determinations regarding the other subclasses.[6]

AFFIRMED.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

1. *Pena v. Taylor Farms Pac., Inc.*, 305 F.R.D. 197 (E.D. Cal. 2015) (hereafter *Taylor Farms I*).

2. Class certification was sought on a number of other grounds, but the issues before us involve only a meal break subclass certification and a derivative waiting-time subclass certification.

3. Morris is a representative member of the meal break subclass only.

4. *See Taylor Farms I*, 305 F.R.D. 197.

5. *See id.* at 224.

6. *See id.* at 207–11, 223–24.